JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAYNA BROADSTONE, an individual, KRISTINE BILLON, an individual, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>   v.<br><br>BATH & BODY WORKS, LLC, a Delaware limited liability company; L. BRANDS INC. (f/k/a LIMITED BRANDS), a Delaware corporation; and DOES 1 through 100, Inclusive,<br><br>          Defendants. | Case No. 8:15-cv-01994 FMO (AJWx)<br><br>**ORDER OF DISMISSAL**<br><br>Complaint Filed: October 15, 2015<br>Trial Date: None<br>District Judge: Hon. Fernando M. Olguin<br>Magistrate Judge: Hon. Andrew J. Wistrich |

1 | The Court, having considered the Joint Stipulation for Dismissal pursuant to
2 | Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the parties, finds that
3 | this action shall be dismissed in its entirety, with Plaintiffs' individual claims
4 | dismissed with prejudice and Plaintiffs' class claims dismissed without prejudice.
5 | Each party is to bear her or its own costs and attorneys' fees.
6 | IT IS SO ORDERED.
7 | DATED: August 24, 2016                             /s/
8 |                                                              Honorable Fernando M. Olguin